# United States District Court
## Southern District of Georgia

DAVID TIMOTHY MOORE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-069

WARDEN VANCE LAUGHLIN, and GEORGIA BOARD OF PARDONS AND PAROLES,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 3, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, petitioner's request is DENIED, this civil action is DISMISSED and stands Closed.

December 3, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*